**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**

    **(1) Robert Charles Clayton, Jr.**
    xxx-xx-6206        **Case No. 19-21350-L**
    **(2)**

    **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:** (1) 109 South Court Avenue     (2)
               Memphis TN 38103

**PLAN PAYMENT:**

   **DEBTOR (1)** shall pay    $640.00    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( X ) monthly, by:

       **( ) PAYROLL DEDUCTION** from: _____    **OR  ( X ) DIRECT PAY.**

   **DEBTOR (2)** shall pay    $_____    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

       **( ) PAYROLL DEDUCTION** from: _____    **OR  ( ) DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ( ) YES    ( X ) NO

   **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**    ( X ) YES    ( ) NO

   **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]**    ( ) YES    ( X ) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment

_____ ; ongoing payment begins _____    $_____
           Approximate arrearage: _____    $_____
_____ ; ongoing payment begins _____    $_____
           Approximate arrearage: _____    $_____

**5. PRIORITY CLAIMS:**      Value of Claim     Monthly Plan Payment

TN Department of Revenue     $2,700.00     $45.00
_____     _____     $_____

**6. HOME MORTGAGE CLAIMS:**    ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:    Monthly Plan Payment

_____ ; ongoing payment begins _____    $_____
    Approximate arrearage: _____ Interest _____ %    $_____
_____ ; ongoing payment begins _____    $_____
    Approximate arrearage: _____ Interest _____ %    $_____

**7. SECURED CLAIMS:**     Value of Collateral    Rate of Interest    Monthly Plan Payment
[Retain lien 11 U.S.C. §1325 (a)(5)]

One Main     $2,500.00    7.25 %    $100.00
_____     _____    _____ %    $_____
_____     _____    _____ %    $_____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Credit Acceptance Corporation         Collateral: 2011 Chevrolet Camaro
                                      Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Court Square Partnership | $18,000.00 | % | $300.00 |
| City of Memphis Court Clerk | $822.00 | % | $14.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____  ( ) Not provided for   **OR**  ( ) General unsecured creditor
_____  ( ) Not provided for   **OR**  ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $ 28,168.81.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR**,

(X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| | | |
|---|---|---|
| Court Square Partnership | ( X ) Assumes | **OR** ( ) Rejects. |
| Extra Space Storage | ( X ) Assumes | **OR** ( ) Rejects. |
| Jonesboro Arkansas | ( X ) Assumes | **OR** ( ) Rejects. |

**17. COMPLETION:**   Plan shall be completed upon payment of the above, approximately   sixty (60)   months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett                                    DATE: **February 14, 2019**
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389)  Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,   Memphis, Tennessee 38112-4424
Telephone: 901-323-3200          Facsimile: 901-323-3275         Email: help@sjgarrett.com